IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01296-MEH

JASON COFONE,

      Plaintiff,

v.

MIDLAND FUNDING, LLC,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 7, 2015.**

      Defendant's unopposed Motion for Leave to Appear at Scheduling Conference by Telephone [filed August 6, 2015; docket #18] is **denied without prejudice**.  Defendant's request for relief is based on an incorrect understanding that the Scheduling Conference in this case is set for August 12, 2015; however, the conference is set for August 13, 2015 at 9:45 a.m.