IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01296-MEH

JASON COFONE,

    Plaintiff,

v.

MIDLAND FUNDING, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 10, 2015.**

    Defendant's unopposed Renewed Motion for Leave to Appear at Scheduling Conference by Telephone [filed August 7, 2015; docket #20] is **granted**.  Counsel for Defendant may appear telephonically for the August 13, 2015 Scheduling Conference by calling my Chambers at (303) 844-4507 at the appointed time.